UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00108-MR

| | |
|---|---|
| DERRICK D. COLLINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)     **ORDER**<br>)<br>FNU BARNES, et al., )<br>)<br>Defendants. )<br>_____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Derrick D. Collins ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. He filed this action under 42 U.S.C. § 1983 on April 25, 2024, under penalty of perjury. [Doc. 1]. On review of Plaintiff's Complaint, however, it was apparent that it was written and signed by another prisoner and frequent litigant before this Court, Wendell J. Le Maitre. [See Doc. 6 at 1-2]. The Court, therefore, struck the Complaint and required Plaintiff to resubmit his complaint on the proper form and signed by him within 21 days of the Court's Order. [Id. at 2]. The Court also ordered that this action would be dismissed without prejudice if Plaintiff did not timely

comply with the Court's Order. [Id.].

The deadline has passed, and Plaintiff has not filed a Complaint in accordance with the Court's Order. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: June 10, 2024

Martin Reidinger
Chief United States District Judge