# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Derrick D. Collins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:24-cv-00108-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Isenhour, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2024 Order.

June 11, 2024

_Katherine Hord Simon_
Katherine Hord Simon, Clerk
United States District Court